| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Anton Ewing<br>3077 Clairemont Dr. #372<br>San Diego, CA 92117<br>TELEPHONE NO.: (619)-119-9640   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | POS-010<br>FOR COURT USE ONLY |

FEDERAL DISTRICT COURT
STREET ADDRESS: 333 West Broadway, 4th FL
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Division

PLAINTIFF/PETITIONER: Anton Ewing

DEFENDANT/RESPONDENT: Synergy Finance, LLC, a WY LLC, et al.

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER: 20cv1873-AJB-BLM

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

FILED
OCT 28 2020
CLERK U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

3. a. Party served *(specify name of party as shown on documents served)*:
   Ryan Smith, an individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
Incorp Services, Inc. 1910 Thomes Ave, Cheyenne, WY 82001

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:            (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*:            at *(time)*:            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:            from *(city)*:            or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Synergy Finance, LLC, a WY LLC, et al. | 20cv1873-AJB-BLM |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ other:

7. **Person who served papers**
   a. Name: Jocelyn Segura
   b. Address: 3077 Clairemont Dr. #372, San Diego, CA 92117
   c. Telephone number:
   d. **The fee** for service was: $
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ a registered California process server:
       (i) ☐ owner ☐ employee ☑ independent contractor.
       (ii) Registration No.: 3237
       (iii) County: San Diego

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 10/26/2020

Jocelyn Segura
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *(signature)*

# Laramie County Sheriff's Department

## Certificate of Service

ANTON EWING
vs.
SYNERGY FINANCE LLC

Sheriff's #  20002803
Case #  20CV1873-AJB-BLM

**Affidavit of Service**

SUMMONS AND COMPLAINT

I, Deputy JEROME J. MEDINA, Badge # C52 of the Laramie County Sheriff's Department, certify and affirm that on 10/13/2020 at 10:52 AM at 1910 THOMES AVE Cheyenne, WY 82001, served within authenticated SUMMONS AND COMPLAINT upon INCORP SERVICES, INC., the Servee named here in the following manner.

Business

By delivering to and leaving with Rochelle Mitchell, Administrative Assistant for INCORP SERVICES, INC. AGENT FOR SYNERGY FINANCE LLC personally, a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

By _____
JEROME J. MEDINA #C52

Deputy Sheriff

The foregoing instrument was acknowledged before me by Jerome J. Medina this 13th day of October 2020.

_____
Notary Public

CAROL TRIMBLE - NOTARY PUBLIC
COUNTY OF LARAMIE
STATE OF WYOMING
My Commission Expires August 17, 2021

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Anton Ewing <br> 3077 Clairemont Dr. #372 <br> San Diego, CA 92117 <br> TELEPHONE NO.: (619)-119-9640   FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | |

FEDERAL DISTRICT COURT
STREET ADDRESS: 333 West Broadway, 4th FL
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Division

PLAINTIFF/PETITIONER: Anton Ewing

DEFENDANT/RESPONDENT: Synergy Finance, LLC, a WY LLC, et al.

CASE NUMBER: 20cv1873-AJB-BLM

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
   Ryan Smith, an individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   Incorp Services, Inc. 1910 Thomes Ave, Cheyenne, WY 82001

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*   (2) at *(time):*
   b. [✓] **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

       (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.

       (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Synergy Finance, LLC, a WY LLC, et al. | 20cv1873-AJB-BLM |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*    (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: Jocelyn Segura
   b. Address: 3077 Clairemont Dr. #372, San Diego, CA 92117
   c. Telephone number:
   d. **The fee** for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ✔ a registered California process server:
          (i) ☐ owner ☐ employee ✔ independent contractor.
          (ii) Registration No.: 3237
          (iii) County: San Diego

8. ✔ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 10/26/2020

Jocelyn Segura
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶ *(Signature)*

# Laramie County Sheriff's Department

## Certificate of Service

ANTON EWING
vs.
SYNERGY FINANCE LLC

Sheriff's #   20002803
Case #   20CV1873-AJB-BLM

**Affidavit of Service**

SUMMONS AND COMPLAINT

I, Deputy JEROME J. MEDINA, Badge # C52 of the Laramie County Sheriff's Department, certify and affirm that on 10/13/2020 at 10:52 AM at 1910 THOMES AVE Cheyenne, WY 82001, served within authenticated SUMMONS AND COMPLAINT upon INCORP SERVICES, INC., the Servee named here in the following manner.

**Business**

By delivering to and leaving with Rochelle Mitchell, Administrative Assistant for INCORP SERVICES, INC. AGENT FOR SYNERGY FINANCE LLC personally, a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

By _____
JEROME J. MEDINA #C52

Deputy Sheriff

The foregoing instrument was acknowledged before me by Jerome J. Medina this 13th day of October 2020.

_____
Notary Public

CAROL TRIMBLE - NOTARY PUBLIC
COUNTY OF LARAMIE
STATE OF WYOMING
My Commission Expires August 17, 2021