

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing | Civil Action No. 20-cv-01873-AJB-BLM |
| **Plaintiff,** | |
| V. | |
| Synergy Finance, LLC, a Wyoming Limited Liability Company; and Ryan Smith, an individual | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court denies Plaintiff's motion for default judgment against Defendants. Case is closed.

| | |
|---|---|
| Date:    6/30/21 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ J. Mueller<br>                                              J. Mueller, Deputy |